IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-63-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REYES SANCHEZ, JR., ) | |
| ) | |
| Defendant. ) | |

In light of defendant's release to home confinement (as he requested) [D.E. 132], the court DENIES as moot defendant's motion for compassionate release [D.E. 132]. See [D.E. 140].

SO ORDERED. This 14 day of May 2021.

JAMES C. DEVER III
United States District Judge